

33

FILED

2003 AUG 11 A 11: 11

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD WALKER | : | CIVIL ACTION NO. 3:01CV1331 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PROVIDENT COMPANIES, INC., | : | |
| UNUMPROVIDENT CORPORATION and | : | |
| PROVIDENT LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY | : | |
| Defendants. | : | August 11, 2003 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants, the Provident Companies, Inc., the UnumProvident Corporation and the Provident Life and Accident Insurance Company (hereinafter and collectively "Provident"), hereby move that summary judgment be entered in their favor.

This case concerns a dispute over nonpayment of disability benefits under a disability

---

3:01cv1331 (AVC). March 25, 2004. The motion is DENIED in part and GRANTED in part. As there are genuine issues of material fact, the motion is DENIED to the extent it seeks judgment as a matter of law on count one alleging wrongful denial of disability benefits. The motion is GRANTED however, with respect to count two alleging breach of fiduciary duty. See Montesano v. Xerox Corp. Retirement Income Guarantee Plan, 117 F. Supp. 2d 147, 166 (D. Conn. 2000) (a plaintiff may not simultaneously maintain a claim for benefits and a claim for breach of fiduciary duty under ERISA where the relief sought is substantially the same, i.e., benefits under the plan).

SO ORDERED.

Alfred V. Covello, U.S.D.J.