

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EDWARD WALKER | : CIVIL ACTION NO. 3:01CV1331 (AVC) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PROVIDENT COMPANIES, INC., | : |
| UNUMPROVIDENT CORPORATION and | : |
| PROVIDENT LIFE AND ACCIDENT | : |
| INSURANCE COMPANY | : |
| Defendants. | : SEPTEMBER 24, 2003 |

### MOTION TO STRIKE
### AN INADMISSIBLE EXHIBIT
### AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Pursuant to Rule 56(e) of the Federal Rules of Civil Procedure and Rule 801 et seq. of the
Federal Rules of Evidence, the defendant moves to strike Plaintiff's Exhibit G ("Employability &
Earning Capacity Report") attached to Plaintiff's Objection to Defendants' Motion for Summary
Judgment (August 29, 2003). Because this case is governed by ERISA, this Exhibit, prepared for
Plaintiff's attorney by James S. Cohen, Ph.D., must be stricken as it is an opinion and report outside
of the administrative record. In support of its Motion, defendants offer the following Memorandum
of Law.

3:01cv1331 (AVC). March 25, 2004. The motion is DENIED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.