UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD WALKER<br>    Plaintiff, | CIVIL ACTION NO. 3:01CV1331 (AVC) |
| v. | |
| PROVIDENT COMPANIES, INC.,<br>UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>    Defendants. | APRIL 23, 2004 |

**MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE THE JOINT TRIAL MEMORANDUM**

Pursuant to Rule 9 and Rule 11 of the Local Rules of Civil Procedure, defendants Provident Companies, Inc., the UnumProvident Corporation and the Provident Life and Accident Insurance Company (hereinafter and collectively "Provident") respectfully request a modification of the pretrial order entered on or about March 29, 2004 which established April 28, 2004 as the date upon which the joint trial memorandum is due from the parties.

The defendants request that the deadline for submitting a Joint Trial Memorandum be extended two weeks (until May 14, 2004). Defendants' counsel has been out of the office attending to a bench trial, depositions, mediations, pre-trials and other litigation activities. Defendants' counsel estimates that she will require at least two additional weeks to finish the joint trial memorandum and coordinate the same with Plaintiff's counsel.

Defendants' counsel avers that she has spoken with Plaintiff's counsel, Attorney Paul Stoughton, about this request for extension and that Attorney Stoughton had no objection. This is the first such motion for extension of this time limitation filed by any of the parties in this case.

WHEREFORE, the defendants respectfully request that the Court grant this motion for an enlargement of time of two weeks, until May 14, 2004, in which to file a joint trial memorandum in this case.

DEFENDANTS
PROVIDENT COMPANIES, INC.,
UNUMPROVIDENT CORPORATION and
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY


By /s/ Helen M. Kemp
Helen M. Kemp (ct14790)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
Email:    hkemp@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 23rd day of April 2004, to:

    Paul H.D. Stoughton
    Conway & Stoughton, LLP
    201 Ann Street
    Hartford, CT 06103

*/s/ Helen M. Kemp*
Helen M. Kemp