46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD WALKER<br>Plaintiff, | : | CIVIL ACTION NO. 3:01CV1331 (AVC) |
| v. | : | |
| PROVIDENT COMPANIES, INC.,<br>UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>Defendants. | :<br>:<br>:<br>:<br>: | APRIL 23, 2004 |

## MOTION FOR ENLARGEMENT OF TIME
## WITHIN WHICH TO FILE THE JOINT TRIAL MEMORANDUM

Pursuant to Rule 9 and Rule 11 of the Local Rules of Civil Procedure, defendants Provident Companies, Inc., the UnumProvident Corporation and the Provident Life and Accident Insurance Company (hereinafter and collectively "Provident") respectfully request a modification of the pretrial order entered on or about March 29, 2004 which established April 28, 2004 as the date upon which the joint trial memorandum is due from the parties.

The defendants request that the deadline for submitting a Joint Trial Memorandum be extended two weeks (until May 14, 2004). Defendants' counsel has been out of the office attending to a bench trial, depositions, mediations, pre-trials and other litigation activities. Defendants' counsel estimates that she will require at least two additional weeks to finish the joint trial memorandum and coordinate the same with Plaintiff's counsel.

April 26, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.