UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD WALKER | : | CIVIL ACTION NO. 3:01CV1331 (AVC) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PROVIDENT COMPANIES, INC., | : | |
| UNUMPROVIDENT CORPORATION and | : | |
| PROVIDENT LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY | : | |
|     Defendants. | : | SEPTEMBER 26, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant, Provident Companies, Inc. UnumProvident Corporation and Provident Life and Accident Insurance Company, has manually filed the following documents:

**Defendant's Exhibits A-I of Defendants' Reply Memorandum in Support of Their Motion in Limine to Supplement The Administrative Record.**

These documents have not been filed electronically because the electronic file sizes of the documents exceed 1.5 megabytes. These documents have been manually served on all parties.

                                                      Respectfully submitted,
                                                      **ROBINSON & COLE LLP**

                                                      */s/ Helen M. Kemp*
                                                      Helen M. Kemp (ct14790)
                                                      280 Trumbull Street
                                                      Hartford, CT 06103
                                                      Tel. No: 860-275-8200
                                                      Fax No.: 860-275-8299
                                                      E-mail: hkemp@rc.com

- 2 -

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by facsimile and mailed, postage prepaid, on this 26th day of September, 2005, to:

> Paul H.D. Stoughton, Esq.
> Conway & Stoughton, LLP
> 201 Ann Street
> Hartford, CT 06103

And a courtesy copy was hand-delivered to:

> Hon. Alfred V. Covello
> U.S. District Court
> 450 Main Street
> Hartford, CT 06103

*/s/ Helen M. Kemp*
Helen M. Kemp