UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP 12 P 1:41

| | | |
|---|---|---|
| EDWARD WALKER | : | CIVIL ACTION NO. 3:01CV1331 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PROVIDENT COMPANIES, INC., | : | |
| UNUMPROVIDENT CORPORATION and | : | |
| PROVIDENT LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY | : | |
| Defendants. | : | SEPTEMBER 12, 2005 |

### DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE TESTIMONY RELATING TO THE ULTIMATE ISSUE

Defendants Provident Companies, Inc., the UnumProvident Corporation and the Provident Life and Accident Insurance Company (hereinafter, collectively "Provident") submit this motion *in limine* for an order to preclude any medical or other testimony offered or sought by the plaintiff as to whether or not he is totally disabled as defined by the disability income insurance policy at issue in this cases. Expert or medical witness testimony is permitted only under certain prescribed circumstances, and may not provide any testimony as to the ultimate issues to be decided by a trier of fact. In support of its motion, Provident attaches a Memorandum of Law outlining its position.

September 27, 2005. DENIED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.