



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD WALKER : | CIVIL ACTION NO. 3:01CV1331 (AVC) |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PROVIDENT COMPANIES, INC., : | |
| UNUMPROVIDENT CORPORATION and : | |
| PROVIDENT LIFE AND ACCIDENT : | |
| INSURANCE COMPANY : | |
|     Defendants. : | SEPTEMBER 12, 2005 |

## DEFENDANTS MOTION *IN LIMINE* TO
## SUPPLEMENT THE ADMINISTRATIVE RECORD AT TRIAL

### I.  INTRODUCTION

Defendants Provident Companies, Inc., the UnumProvident Corporation and the Provident Life and Accident Insurance Company (hereinafter, collectively "Provident") file this motion seeking permission to supplement the administrative record at the trial being held in this case with live testimony of Provident employees: Erin White, who made the claim determination regarding plaintiff's application for benefits; Nancy Beecher, M.D., Provident's medical consultant who had reviewed the medical information in the file one of the plaintiff's medical providers, Dr. Carl Boland and Tom McLaren, PhD, Provident's clinical neurpyschologist. Provident also seeks to supplement the administrative with certain medical records.

Provident, as claims administrator, maintained an administrative record which will be furnished to the Court as an exhibit in this matter. Provident seeks to supplement the administrative record with these individuals' testimony in order to provide the court with a fuller

September 27 2005. Granted for good cause shown. SO ORDERED.    Alfred V. Covello, U.S.D.J.