UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 SEP 12 P 1: 41

| | | |
|---|---|---|
| EDWARD WALKER | : | CIVIL ACTION NO. 3:01CV1331 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PROVIDENT COMPANIES, INC., | : | |
| UNUMPROVIDENT CORPORATION and | : | |
| PROVIDENT LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY | : | |
| Defendants. | : | SEPTEMBER 12, 2005 |

### DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OUTSIDE OF THE ADMINISTRATIVE RECORD

Defendants Provident Companies, Inc., the UnumProvident Corporation and the Provident Life and Accident Insurance Company (hereinafter, collectively "Provident") submit this memorandum of law in support of its motion *in limine* for an order limiting the evidence admissible in the plaintiff's ERISA claim to the administrative record and testimony from those individuals who reviewed or had a direct connection with the review of plaintiff's claim.

Specifically, Provident seeks to preclude any attempt by the plaintiff to introduce documentary evidence not related to the administrative record or testimonial evidence – including any testimony by the plaintiff, his partner Donald Herzog or James S. Cohen, Ph.D, a vocational rehabilitation specialist - other than the limited testimony of Provident personnel who reviewed the claim and the physicians who examined Mr. Walker (and whose reports were made part of the administrative record).

Provident moves in *limine* to completely exclude any testimony by plaintiff himself, Donald Herzog, plaintiff's partner and co-owner of his business, as well as any testimony by

*[Margin annotation: DENIED. September 27, 2005. SO ORDERED. Alfred V. Covello, U.S.D.J.]*