UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD WALKER<br>Plaintiff, | CIVIL ACTION NO.<br>3:01CV1331 (AVC) |
| v. | |
| PROVIDENT COMPANIES, INC. and<br>UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY | SEPTEMBER 23, 2005 |

**PLAINTIFF'S MOTION IN LIMINE TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

I.  **INTRODUCTION**

This case concerns a dispute over non-payment of disability benefits under a disability insurance policy purchased by the plaintiff's employer, East River Oil Company, for its employees and administered by the Provident Life and Accident Insurance Company ("Provident"), a disability insurer that subsequently became a subsidiary of UnumProvident Corporation ("Unum"). Plaintiff's employer provided this group long term disability insurance to eligible employees under a plan subject to, and regulated by, the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 et seq. (hereafter "ERISA").

In the plaintiff's complaint, he asserts a violation of ERISA on the basis that Provident wrongfully denied his application for disability benefits under the plan. The

1

September 27, 2005.    DENIED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.