UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD WALKER, : | |
| : | |
| v. : | CASE NO. 3:01CV01331 (AVC) |
| : | |
| PROVIDENT COMPANIES, INC : | |
| UNUMPROVIDENT CORPORATION : | |
| AND PROVIDENT LIFE AND : | |
| ACCIDENT INSURANCE COMPANY, : | |

## JUDGMENT

This action came to trial before the court, by the Honorable Alfred V. Covello, United States District Judge. The issues having been tried and a memorandum of decision having been rendered, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff. Therefore, Provident shall pay benefits to Edward Walker in the amount due under the Policy, plus pre-judgment interest at the statutory rate accrued from September 6, 2000, the date Provident denied Edward Walker's claim.

Dated at Hartford, Connecticut, this 7th day of November, 2005.

KEVIN F. ROWE, Clerk

By    /s/   _____
     Fidelis Basile
     Deputy Clerk