UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD WALKER | : | CIVIL ACTION NO. 3:01CV1331 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PROVIDENT COMPANIES, INC., | : | |
| UNUMPROVIDENT CORPORATION and | : | |
| PROVIDENT LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY | : | |
| Defendants. | : | DECEMBER 1, 2005 |

## APPEARANCE

Please enter the appearance of the undersigned as attorney for the Defendants, Provident Companies, Inc., Unumprovident Corporation, and Provident Life and Accident Insurance Company, in the above-captioned matter, in addition to any other appearances currently on file.

Linda L. Morkan (ct 03196)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8219
Fax No. (860) 275-8299
E-mail: lmorkan@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing mailed, first class and postage prepaid, on this 1st day of December, 2005, to:

> Paul H.D. Stoughton, Esq.
> Conway & Stoughton, LLP
> 201 Ann Street
> Hartford, CT  06103

_____
Linda L. Morkan