UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD WALKER<br>    Plaintiff, | :   CIVIL ACTION NO. 3:01CV1331 (AVC)<br>:<br>: |
| v. | :<br>: |
| PROVIDENT COMPANIES, INC.,<br>UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>    Defendants. | :<br>:<br>:<br>:<br>:   DECEMBER 1, 2005 |

## NOTICE OF APPEAL

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, the defendants PROVIDENT COMPANIES, INC., UNUMPROVIDENT CORPORATION and PROVIDENT LIFE AND ACCIDENT INSURANCE, hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the judgment after a bench trial in favor of plaintiff and against defendants, as reflected in a memorandum of decision filed by the District Court (Covello, J.) on November 7, 2005.

                                                DEFENDANTS,
                                                PROVIDENT COMPANIES, INC.,
                                                UNUMPROVIDENT CORP. and PROVIDENT
                                                LIFE AND ACCIDENT INS. CO.

                                                By _____
                                                Linda L. Morkan (ct 03196)
                                                    E-mail: lmorkan@rc.com
                                               Helen M. Kemp (ct14790)
                                                    E-mail: hkemp@rc.com
                                             Robinson & Cole LLP
                                             280 Trumbull Street
                                             Hartford, CT 06103
                                             Tel. No.: (860) 275-8200
                                             Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing mailed, first class and postage prepaid, on this 1st day of December, 2005, to:

> Paul H.D. Stoughton, Esq.
> Conway & Stoughton, LLP
> 201 Ann Street
> Hartford, CT 06103

*Linda L. Morkan* (signature)
Linda L. Morkan