UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRACE D. NOVAK

v.                                                                  CASE NO. 3:05 CV 821 AVC

WOLPOFF & ABRAMSON, L.L.P.                     December 7, 2005
RONALD CANTER


### LOCAL RULE 37 AFFIDAVIT RE UNOBJECTED-TO DISCOVERY

I certify, pursuant to 28 U.S.C. §1746, that on November 16 and November 30, I reminded Attorney Hansted that the September 10, 2005 discovery responses were overdue. He has neither responded to my reminders nor provided the discovery. It is apparent that an order is necessary to obtain the information.

There is no known dispute as to the contents of the unobjected-to discovery.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 7, 2005.

                                ____/s/ Joanne S. Faulkner__
                              JOANNE S. FAULKNER ct04137
                                123 Avon Street
                                New Haven, CT 065l1
                               (203) 772-0395
                               j.faulkner@snet.net

This is to certify that the foregoing was mailed on December 7, 2005, postage prepaid,

Kevin Hansted
Wolpoff and Abramson LLP- # 200
180 Glastonbury Blvd.
Glastonbury, CT 06033

                              ____/s/ Joanne S. Faulkner___
                                Joanne S. Faulkner