


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD WALKER<br>　　　Plaintiff, | CIVIL ACTION NO.<br>3:01CV1331 (AVC) |
| v. | |
| PROVIDENT COMPANIES, INC. and<br>UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY | DECEMBER 7, 2005 |

### NOTICE OF MANUAL FILING

The Plaintiff, Edward Walker, hereby gives notice of manually filing the following document: Affidavit in Support of Plaintiff's Motion for Attorneys Fees. The undersigned counsel is unable to submit said Affidavit to the court in pdf format because the exhibits to this Affidavit, a summary of the billing records of counsel, are generated outside of counsel's computer network and not convertible to pdf format.

```
                                    PLAINTIFF,
                                    EDWARD WALKER,

                        By:         _____
                                    Paul H.D. Stoughton
                                    Fed. Bar. No. ct01513
                                    Conway & Stoughton LLP
                                    201 Ann Street
                                    Hartford, CT 06103
                                    (860) 525-5529
                                    Fax (860) 525-1191
```

## **CERTIFICATION**

This is to certify that a copy of the above has been mailed, postage prepaid, to the following counsel of record this __7__ day of December, 2005:

Helen M. Kemp
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

Alfred V. Covello
US District Court
450 Main Street
Hartford, CT 06103

_____
Paul H.D. Stoughton