UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDWARD WALKER

    Plaintiff,

V.

UNUMPROVIDENT CORP., et al.

    Defendant.

CIVIL NO. 3:01 CV 01331 (AVC)

APRIL 26, 2006

## INDEX TO RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 07/16/01 | 1 | NOTICE OF REMOVAL BY UNUMPROVIDENT FROM HARTFORD JUDICIAL DISTRICT | 1 |
| 08/06/01 | 6 | DEFENDANTS' MOTION TO DISMISS COMPLAINT | 2 |
| 08/06/01 | 7 | MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COMPLAINT | 3 |
| 08/23/01 | 10 | MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS filed by Edward Walker | 4 |
| 08/31/01 | 11 | REPLY TO RESPONSE TO MOTION TO DISMISS by UnumProvident Corp. | 5 |

| | | | |
|---|---|---|---|
| 09/05/01 | 12 | MOTION TO ADD PARTY DEFENDANT PROVIDENT COMPANIES, INC. by Walker | 6 |
| 10/19/01 | | ENDORSEMENT GRANTING MOTION TO ADD PARTY DEFENDANT PROVIDENT COMPANIES, INC. | 7 |
| 10/19/01 | 13 | AMENDED COMPLAINT ADDING PROVIDENT COMPANIES, INC. | 8 |
| 11/21/01 | 15 | AMENDED COMPLAINT | 9 |
| 01/24/02 | | ENDORSEMENT DENYING MOTION TO DISMISS | 10 |
| 06/03/02 | 18 | MOTION TO ADD PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY AS A PARTY DEFENDANT AND SUBSTITUTE PROVIDENT LIFE ACCIDENT INSURANCE COMPANY filed by Walker | 11 |
| 07/01/02 | | ENDORSEMENT GRANTING MOTION TO ADD PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY AS A PARTY DEFENDANT AND SUBSTITUTE PROVIDENT LIFE ACCIDENT INSURANCE COMPANY | 12 |
| 08/05/02 | 21 | AMENDED COMPLAINT ADDING UNUMPROVIDENT filed by Walker | 13 |

| | | | |
|---|---|---|---|
| 08/30/02 | 22 | AMENDED COMPLAINT | 14 |
| 09/16/02 | 25 | ANSWER / AFFIRMATIVE DEFENSES BY PROVIDENT LIFE TO SECOND AMENDED COMPLAINT | 15 |
| 08/11/03 | 33 | MOTION FOR SUMMARY JUDGMENT by Defendants | 16 |
| 08/11/03 | 34 | MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 17 |
| 08/11/03 | 35 | STATEMENT OF MATERIAL FACTS | 18 |
| 08/11/03 | 36 | EXHIBIT LIST TO STATEMENT OF MATERIAL FACTS | 19 |
| 08/29/03 | 37 | MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT filed by Walker | 20 |
| 08/29/03 | 38 | STATEMENT OF MATERIAL FACTS by Walker | 21 |
| 09/25/03 | 40 | REPLY TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT | 22 |
| 09/25/03 | 41 | DEFENDANTS' MOTION TO STRIKE OPPOSITION MEMORANDUM TO MOTION FOR SUMMARY JUDGMENT | 23 |

| Date | No. | Description | Page |
|---|---|---|---|
| 10/14/03 | 42 | RESPONSE TO MOTION TO STRIKE AN INADMISSIBLE EXHBIT filed by Walker | 24 |
| 03/25/04 | 43 | ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT | 25 |
| 03/25/04 | 44 | ORDER DENYING MOTION TO STRIKE | 26 |
| 05/14/04 | 48 | PRETRIAL BRIEF by Defendants | 27 |
| 09/12/05 | 49 | DEFENDANTS' MOTION IN LIMINE TO PRECLUDE TESTIMONY RELATING TO THE ULTIMATE ISSUE & MEMORANDUM OF LAW | 28 |
| 09/12/05 | 50 | DEFENDANTS' MOTION IN LIMINE TO SUPPLEMENT THE ADMINISTRATIVE RECORD AT TRIAL | 29 |
| 09/12/05 | 51 | DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OUTSIDE OF THE ADMNISTRATIVE RECORD & MEMORANDUM OF LAW | 30 |
| 09/23/05 | 52 | WALKER'S OBJECTION TO MOTION IN LIMINE TO PRECLUDE TESTIMONY | 31 |
| 09/23/05 | 53 | WALKER'S MOTION IN LIMINE TO SUPPLEMENT THE ADMINISTRATIVE RECORD | 32 |

| | | | |
|---|---|---|---|
| 09/23/05 | 54 | WALKER'S OBJECTION TO MOTION IN LIMINE TO EXCLUDE EVIDENCE | 33 |
| 09/23/05 | 55 | WALKER'S OBJECTION TO MOTION IN LIMINE TO SUPPLEMENT RECORD | 34 |
| 09/26/05 | 56 | DEFENDANTS' OBJECTION TO MOTION IN LIMINE | 35 |
| 09/26/05 | 57 | DEFENDANTS' REPLY TO RESPONSE TO OBJECTION TO MOTION IN LIMINE TO EXCLUDE EVIDENCE | 36 |
| 09/26/05 | 58 | DEFENDANTS' REPLY TO RESPONSE TO MOTION IN LIMINE TO SUPPLEMENT RECORD | 37 |
| 09/29/05 | 63 | ENDORSEMENT ORDER DENYING MOTION IN LIMINE TO PRECLUDE TESTIMONY | 38 |
| 09/29/05 | 64 | ENDORSEMENT ORDER GRANTING MOTION IN LIMINE TO SUPPLEMENT RECORD | 39 |
| 09/29/05 | 65 | ENDORSEMENT ODER DENYING MOTION IN LIMINE TO EXCLUDE EVIDENCE | 40 |
| 09/29/05 | 66 | ENDORSEMENT ORDER DENYING MOTION IN LIMINE TO SUPPLEMENT RECORD | 41 |
| 09/30/05 | 68 | MARKED EXHIBIT LIST by Walker | 42 |

| Date | No. | Description | Page |
|---|---|---|---|
| 09/30/05 | 69 | MARKED WITNESS LIST by Walker | 43 |
| 09/30/05 | 70 | MARKED WITNESS LIST by Defendants | 44 |
| 09/30/05 | 71 | MARKED EXHIBIT LIST by Defendants | 45 |
| 10/03/05 | 72 | DEFENDANTS' POST TRIAL MEMORANDUM OF FACT AND LAW | 46 |
| 10/04/05 | 73 | WALKER'S POST TRIAL BRIEF | 47 |
| 11/02/05 | 74 | MEMORANDUM OF DECISION REGARDING BENCH TRIAL | 48 |
| 11/07/05 | 75 | JUDGMENT IN FAVOR OF PLAINTIFF AGAINST DEFENDANT | 49 |
| 11/21/05 | 77 | MOTION FOR ATTORNEY FEES by Walker | 50 |
| 12/01/05 | 79 | DEFENDANTS' NOTICE OF APPEAL | 51 |
| 12/07/05 | 80 | DEFENDANTS' OBJECTION & MEMORANDUM IN SUPPORT REGARDING MOTION FOR ATTORNEY FEES | 52 |
| 12/07/05 | 81 | AFFIDAVIT REGARDING MOTION FOR ATTORNEY FEES filed by Walker | 53 |

| | | | |
|---|---|---|---|
| 12/20/05 | 82 | SUPPLEMENTAL OBJECTION REGARDING MOTION FOR ATTORNEY FEES | 54 |
| 12/20/05 | 83 | ENDORSEMENT ORDER DENYING MOTION FOR ATTORNEY FEES | 55 |

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class and postage prepaid, on this the 26th day of April, 2006 to:

Paul H.D. Stoughton
Conway & Stoughton
201 Ann Street
Hartford, CT 06103

_____
Linda L. Morkan